UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTIAN ISAIAH CARTER,

    Plaintiff,

vs.                                        Case No.:  3:21cv1491/MCR/EMT

ESCAMBIA COUNTY BOARD
OF COMMISSIONERS, et al.,

    Defendants.

_____/

## **ORDER**

    The chief magistrate judge issued a Report and Recommendation on March 10, 2022 (ECF No. 11).  The court furnished plaintiff with a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 26th day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**